# United States District Court
# Western District of North Carolina

<span style="color:gray">Divisional Office</span> **Division**

| | | |
|---|---|---|
| Michael Lamont Poole**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:13-cv-663 |
| | ) | |
| vs. | ) | |
| | ) | |
| United States of America**,** | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's December 15, 2014 Order.

December 15, 2014

_____

Frank G. Johns, Clerk
United States District Court